IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

SEP 2 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ALAN TIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-1276 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, ALAN TIMM, and for his cause of action against the Defendant, the ILLINOIS DEPARTMENT OF CORRECTIONS, states as follows:

### JURISDICTION

The jurisdiction of this Court is invoked pursuant to the terms of Title 28, United States Code, Sections 1331 and 1337, together with Title 42, United States Code, Section 2000e-5. This is a civil action arising under the laws of the United States regulating commerce. Specifically, this is an action brought in furtherance of a certain Act of Congress guaranteeing to employees protection against discriminatory treatment in employment because of race, color, religion, sex or national origin.

The venue of this Court to entertain the issues raised in this case is appropriate by virtue of Title 28, United States Code, Section 1391(b) since the Defendant, the ILLINOIS DEPARTMENT OF CORRECTIONS, engages in its governmental activities within the judicial district of this Court.

1

For his cause of action, against the Defendant, the ILLINOIS DEPARTMENT OF CORRECTIONS ["DEPARTMENT"], the Plaintiff, ALAN TIMM, states as follows:

1. That the DEPARTMENT is an agency of the government of the state of Illinois which operates the state correctional system and facilities.

2. That at all times pertinent to this proceeding the DEPARTMENT, in connection with its governmental enterprise, employed individuals throughout the state of Illinois. As such, it constituted an employer as that term is defined at 42 U.S.C. Section 2000e.

3. That within the time prescribed by law the Plaintiff, ALAN TIMM, did file with the United States Equal Employment Opportunity Commission ["EEOC"] a charge of a civil rights violation against the DEPARTMENT. This proceeding is being filed within ninety (90) days of the issuance by the EEOC of written permission to the Plaintiff, ALAN TIMM, to maintain this proceeding.

4. That the Plaintiff, ALAN TIMM, was at all times relevant to the above proceeding employed by the DEPARTMENT as a correctional sergeant at the Dwight Correctional Center. He began his employment with the DEPARTMENT on November 4, 1991.

5. That the Plaintiff, ALAN TIMM, is a male caucasian.

6. That in November of 2003 an incident occurred at the Dwight Correctional Center in which an inmate suffering from certain health maladies died. At the time of that incident, the Plaintiff, ALAN TIMM, was on duty. Additionally, a female correctional officer overseeing the inmate and a female nurse involved in the care of the inmate were also on duty.

7. That as a result of the death of the inmate the DEPARTMENT in March of 2004 terminated the employment of the Plaintiff, ALAN TIMM, claiming that his conduct on the day

of the inmate's death constituted cause for the termination of his employment.

8. That the nurse and correctional officer referred to in paragraph 6 above were also involved in the oversight and care of the inmate referred to above. The nurse received no discipline as a result of the incident giving rise to the discharge of the Plaintiff, ALAN TIMM, and the correctional officer received discipline as a result of that incident which was substantially less severe than the discipline assessed against the Plaintiff, ALAN TIMM. The involvement and conduct of each of those female employees with respect to the incident giving rise to the discharge of the Plaintiff, ALAN TIMM, was as or more serious than that of the Plaintiff, ALAN TIMM.

9. That on information and belief the Plaintiff, ALAN TIMM, asserts that at the Dwight Correctional facility a practice has existed in which female employees receive less severe forms of discipline than male employees for similar types of misconduct.

10. That by virtue of the conduct described in the preceding paragraphs the Plaintiff, ALAN TIMM, was the recipient of discriminatory treatment in employment because of his sex in violation of 42 U.S.C. Sec. 2000e-2(a) in that he was terminated from employment with the DEPARTMENT when female employees who engaged in either similar or more serious conduct than did the Plaintiff, ALAN TIMM, were not terminated.

11. That as a direct and proximate result of the discriminatory treatment described above the Plaintiff, ALAN TIMM, suffered damage through the loss of his employment with the DEPARTMENT, and the attendant loss of the salary and employment benefits enjoyed by him in connection with that employment as well as emotional distress, embarrassment, mental anguish, inconvenience and loss in the enjoyment of life.

WHEREFORE, the Plaintiff, ALAN TIMM, respectfully requests that this Court enter judgment in his favor and against the DEPARTMENT, and provide the following relief:

A. Enter a declaratory judgment determining that the actions complained of in this complaint are unlawful in violation of the provisions of 42 U.S.C. Section 2000e-2 and issue a mandatory injunction against the DEPARTMENT to take steps to ensure that the DEPARTMENT and all employees working under it refrain from engaging in any actions with respect to the Plaintiff, ALAN TIMM, which are prohibited under the terms of the Act aforesaid;

B. Issue a mandatory injunction directing that the DEPARTMENT reinstate the Plaintiff, ALAN TIMM, to employment with it in the position of employment with the DEPARTMENT which at the time of trial he would have held but for the discriminatory conduct complained of in this complaint with all employment duties, responsibilities, salaries, benefits and rights attendant to that position;

C. Award the Plaintiff, ALAN TIMM, damages sufficient to compensate him for economic losses suffered as a result of the conduct described in this complaint;

D. Award the Plaintiff, ALAN TIMM, damages sufficient to compensate him for the emotional distress, mental anguish, embarrassment, inconvenience and loss in the enjoyment of life suffered by him as a result of the conduct described in this complaint;

E. Assess against the DEPARTMENT the costs and expenses incurred by the Plaintiff, ALAN TIMM, in maintaining the above captioned proceeding together with the reasonable attorney fees incurred by him in prosecuting the above captioned cause; and

F. Provide such other relief as the Court deems be equitable and just.

THE PLAINTIFF, ALAN TIMM, RESPECTFULLY REQUESTS THAT ALL ISSUES RAISED IN THE ABOVE CAPTIONED PROCEEDING WHICH MAY BY LAW BE PROPERLY TRIED BEFORE A JURY BE TRIED BY A JURY.

ALAN TIMM, Plaintiff

By _____
Alan Timm
1359 East 3400 North Road
Chebanse, Illinois 60922
(Complaint/timmalan 091405)

JS 44 (Rev. 3/99)      RECEIVED      **CIVIL COVER SHEET**      05-1276

SEP 21 2005

U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
ALAN TIMM

### DEFENDANTS
ILLINOIS DEPARTMENT OF CORRECTIONS

**(b)** County of Residence of First    Kankakee
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro se
Alan Timm
1359 East 4300 North Road
Chebanse, Illinois 60922
(815) 697-2188

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | x 1 | X 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENAL | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | 310 Airplane / 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | 340 Marine / **PERSONAL PROPERTY** | 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 730 Labor/Mgmt.Reporting | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | 442 Employment / Habeas Corpus: | 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | 444 Welfare / 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | 440 Other Civil Rights / 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | 550 Civil Rights / 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ■ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action brought in furtherance of a certain Act of Congress guaranteeing to employees protection against discriminatory treatment in employment because of race, color, religion, sex or or national origin, protection against acts of retaliation motivated because an individual south the protection of the Acts or protested conduct which violated them, and protection against disparities in compensation occurring because of gender.

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND over $10,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ■ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____

DATE    *Alan L. Timm*    9/21/05    SIGNATURE OF ATTORNEY OF RECORD    Pro Se

FOR OFFICE USE ONLY