**E-FILED**
Wednesday, 21 September, 2005  12:49:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



ALAN TIMM,                              )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )    Case No.:  *05-1276*
                                        )
THE ILLINOIS DEPARTMENT OF              )
CORRECTIONS,                            )
                                        )
            Defendant.                  )

FILED

SEP 2 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF INTEREST

COMES NOW ALAN TIMM and furnishes the following list in compliance with Rule

1.6(E) of this Court.

1.    That the full name of the Plaintiff is ALAN TIMM.

2.    That the Plaintiff is not a corporation.

3.    That the Plaintiff is proceeding with the matter *pro se*.

_____

ALAN TIMM
1359 East 3400 North Road
Chebanse, Illinois 60922
(815) 697-2188

September  21 , 2005