# UNITED STATES DISTRICT COURT

CENTRAL   District of   ILLINOIS

ALAN TIMM,
Plaintiff,

V.

ILLINOIS DEPARTMENT OF
CORRECTIONS
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-1276

TO: (Name and address of Defendant)

ILLINOIS DEPARTMENT OF CORRECTIONS
c/o Roger Walker, Director
1301 Concordia Court
Springfield, Illinois 62794

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ALAN TIMM
1369 EAST 3400 NORTH ROAD
CHEBANSE, ILLINOIS 60922

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                    10/19/05
CLERK                                 DATE

s/ M. Rankin
(By) DEPUTY CLERK

≉AO 440  (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                                            *Signature of Server*

                                         _____
                                                  *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.