AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Friday, 18 November, 2005  11:56:43 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

ALAN TIMM,
Plaintiff,

V.

ILLINOIS DEPARTMENT OF CORRECTIONS
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-1276

TO: (Name and address of Defendant)

ILLINOIS DEPARTMENT OF CORRECTIONS
c/o Roger Walker, Director
1301 Concordia Court
Springfield, Illinois 62794

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ALAN TIMM
1369 EAST 3400 NORTH ROAD
CHEBANSE, ILLINOIS 60922

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

s/M. Stewart
(By) DEPUTY CLERK

November 18, 2005
DATE