## UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS

ALAN TIMM,
Plaintiff,

V.

ILLINOIS DEPARTMENT OF CORRECTIONS
Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-1276

FILED
JAN 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

ILLINOIS DEPARTMENT OF CORRECTIONS
c/o Roger Walker, Director
1301 Concordia Court
Springfield, Illinois 62794

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ALAN TIMM
1369 EAST 3400 NORTH ROAD
CHEBANSE, ILLINOIS 60922

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_  |  _November 18, 2005_
CLERK  |  DATE
s/Docket Clerk
(By) D

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE November 18, 2005 |
| NAME OF SERVER (PRINT) Caren Masfield | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Served on Lisa Steinin, duly authorized representative of the Director._

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _November 18, 2005_       _Caren Masfield_
              Date                                  Signature of Server

_P.O. Box 265, Mechanicsburg, IL_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.