E-FILED
Monday, 23 January, 2006  02:01:53 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

|  |  |  |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1276 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING PLAN

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on January 20, 2006 with attorneys James P. Baker and Stephanie Shallenberger.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.   Initial disclosures under Rule 26 are to be made by March 31, 2006.

2.   No motions to join other parties or to amend the pleadings to be filed after April 30, 2006.

3.   The Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by August 31, 2006.   All Defendants are to identify testifying experts and to provide Rule 26 expert reports by October 30, 2006.

4.   The parties have until February 15, 2007, to complete fact discovery.  Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal rules of Civil Procedure in which to comply.  The parties have until January 31, 2007 to complete expert discovery.

5.  Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6.  The parties have until April 15, 2007 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

ALAN TIMM

BY: _____
     His Attorney

James P. Baker
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217)-522-3445
(217) 522-8234 Facsimile
Bar Number: 0097802
email: cmbakerlaw@aol.com

THE DEPARTMENT OF CORRECTIONS

BY: _____
     One of Its Attorneys

Office of the Attorney General
Stephanie Shallenberger
500 South Second Street
Springfield, Illinois 62701
(217) 782-
(217) 524-5091 Facsimile