IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  05-1276 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Now comes the defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by its attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby gives notice to this Court, counsel and all other parties herein that Assistant Attorney General David M. Walter will hereafter be appearing as counsel for the defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, substituting for former Assistant Attorney General Stephanie Shallenberger.  Copies of all pleadings, memoranda, correspondence, notices, orders, and other material related to this cause should hence forward be sent to the undersigned at the address set forth below.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS ,
    Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,
    Attorney for Defendant,

By:  /s/ David M. Walter
    David M. Walter, #6244907
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Telephone:  (217) 782-5819
    Facsimile:  (217) 524-5091
    dwalter@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALAN TIMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-1276 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
carenbakerlaw@sbcglobal.net

and I hereby certify that on July 17, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

None


Respectfully submitted,

/s/ David M. Walter
David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
dwalter@atg.state.il.us