IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-1276 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO COMPEL

Now comes the defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by its attorney, Lisa Madigan, Attorney General for the State of Illinois, and, pursuant to Rule 37 of the Federal Rules of Civil Procedure hereby moves the Court to compel the Plaintiff to respond to Defendant's First Request to Produce Documents and First Set of Interrogatories, stating as follows:

1.   On or about April 3, 2006, Defendants former counsel, Stephanie Shallenberger, served Defendant's First Request to Produce Documents and First Set of Interrogatories on the Plaintiff.  *See* Exhibits 1 and 2 attached hereto.

2.   Responses to these discovery requests were due on or about May 3, 2006.

3.   On July 17, 2006, the undersigned filed his substitution of counsel for Ms. Shallenberger, who no longer works for the Illinois Attorney General's Office.

4.   On August 18, 2006, the undersigned sent counsel for the Plaintiff a letter (misdated "May 26, 2006") noting that it did not appear that the Plaintiff had ever responded to the above-listed discovery requests and asking that Plaintiff do so within two weeks, i.e., by September 1, 2006.  See Exhibit 3, attached hereto.

5.   On August 30, 2006, the Plaintiff responded and asked that he be allowed until September 15, 2006, to respond.  See Exhibit 4, attached hereto.

6. On September 26, 2006, having still received no response to the discovery requests, counsel for the Defendants sent another letter advising the Plaintiff that a motion to compel would be filed if the Plaintiff did not respond to the discovery requests by September 29, 2006. See Exhibit 5, attached hereto.

7. To date, the Plaintiff still has not responded to the Defendant's discovery requests.

8. By failing to timely respond to these discovery requests, the Plaintiff has waived any objections to the requests. *See, United States v. 58.16 Acres of Land*, 66 FRD 570, 572 (E.D. Ill. 1975); *Dunlap v. Midcoast-Little Rock*, 166 FRD 29, 30 (E.D. Ark. 1995).

WHEREFORE, the Defendant asks that the Court enter an Order finding that the Plaintiff has waived any objections to the discovery requests and compelling the Plaintiff to respond on or before October 13, 2006, and grant the Defendant such other relief as the Court deems equitable and just.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS ,
    Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,
    Attorney for Defendant,

By: /s/ David M. Walter
    David M. Walter, #6244907
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217) 782-5819
    Facsimile: (217) 524-5091
    dwalter@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALAN TIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No.  05-1276 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, I electronically filed the foregoing Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
carenbakerlaw@sbcglobal.net

and I hereby certify that on October 2, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

None


Respectfully submitted,

/s/ David M. Walter
David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
dwalter@atg.state.il.us