

E-FILED

Monday, 02 October 2006 7:59 PM

Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-1276 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S FIRST REQUEST TO PRODUCE DOCUMENTS TO PLAINTIFF

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General of Illinois, and pursuant to Rule 34 of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 34), hereby requests that you produce for inspection, copying or reproduction, or provide complete photocopies of all such documents or other tangible things at the Office of the Attorney General, 500 South Second Street, Springfield, Illinois, 62706, within 30 days hereof, the following:

1.    All oral or written statements of all parties, given or transferred to some person or entity other than the attorney for the parties.

RESPONSE:


2.    The statements of any other witnesses, except parties to the action and non-testifying experts, related to the allegations contained within either your EEOC charge or complaint.

RESPONSE:



EXHIBIT

1

1

3.    All documents or reports with regard to your allegations of sex discrimination.

RESPONSE:

4.    Any and all statements, affidavits, or other documents in your possession of or related to persons contacted or interviewed by you or on your behalf related to the subject matter of this litigation.

RESPONSE:

5.    All correspondence and other documents referring or relating to any problems, acts, or omissions on the part of the Defendant, or DOC employees, or agents that allegedly resulted in the claimed acts of sex discrimination.

RESPONSE:

6.    All correspondence and other documents referring or relating to any communication that you had with the Defendant, or DOC employees, or agents regarding the alleged acts of discrimination.

RESPONSE:

7.    Your desk calendars, appointment books, personal diaries and notes for all periods that you were employed by the Illinois Department of Corrections.

RESPONSE:

2

8.    All reports, bills, records, or other documents, medical or otherwise, which indicate the nature and extent of your injuries and damages claimed.

RESPONSE:


9.    All of your income tax records, including W-2 forms for the last four years.

RESPONSE:


10.    All notes, diaries, or other documents in your possession prepared by anyone other than yourself which pertain to the incidents complained of or the damages claimed in the complaint.

RESPONSE:


11.    Copies of all documents which you reasonably expect to be used at trial.

RESPONSE:


12.    Copies of all documents, including but not limited to, resumes, cover letters, and applications that you sent to potential employers after you received notice of your suspension pending discharge.

RESPONSE:

You are further requested to furnish at the time and place stated an affidavit stating that the production is complete in accordance with the request, and if not complete, to list those items not produced, state the grounds for objection to their production, giving the name and address of the person having custody of such items.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

Stephanie L. Shallenberger #6279773                    Attorney for Defendant.
Assistant Attorney General                             s/Stephanie Shallenberger
500 South Second Street
Springfield, Illinois 62706          By:
(217) 782-9014                            STEPHANIE L. SHALLENBERGER
                                          Assistant Attorney General

Of Counsel.

4

## CERTIFICATE OF SERVICE

Stephanie L. Shallenberger, Assistant Attorney General, hereby certifies that she

has served a copy of the foregoing First Request to Produce Documents to Plaintiff upon:

James Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

by causing a copy to be placed in the United States Mail in Springfield, Illinois, bearing the

address above and proper postage, on April 3, 2006.

s/Stephanie Shallenberger

Stephanie L. Shallenberger
Assistant Attorney General

Stephanie L. Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
(217)782-9014



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

ALAN TIMM,                          )
                                    )
              Plaintiff,            )
                                    )
      -vs-                          )         No. 05-1276
                                    )
ILLINOIS DEPARTMENT OF              )
CORRECTIONS,                        )
                                    )
              Defendant.            )

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its counsel, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 33 of the Federal Rules of Civil Procedure hereby requests that you answer in writing and under oath, within thirty (30) days of receipt, the following Interrogatories:

1.      State your full name, date of birth, place of birth, social security number, and any and all other names which you have ever used or by which you have been known and the approximate periods of time when such other names were used.  If you are married, state the name and address of your spouse.

ANSWER:

EXHIBIT

tabbies

2

2.    Other than the claim now pending herein, have you ever filed a claim in any federal or state court as a result of the alleged occurrences described in the Complaint herein, or not related to your Complaint? If so, state the name of each person or entity against whom the claim was filed, the caption and court number of the case, the date the claim was filed, the name and address of the court where the claim was filed, and the result of the claim (i.e., dismissed, settled, pending, etc.), and the name and address of any attorney who assisted you with the claim.

ANSWER:


3.    Have you ever been named as a Defendant in a lawsuit? If so, state the name(s) of the Plaintiff, the date the claim was filed, the caption and court number of the case, the name and address of the court where the claim was filed, and the result of the claim (i.e., dismissed, settled, pending, etc.), and the name and address of any attorney who assisted you with the claim.

ANSWER:


4.    State with particularity the actions, inactions, innuendos and statements allegedly made by employees of the Illinois Department of Corrections which you believe constitute sex discrimination.    For each such response, give the date, location, and position of the Illinois Department of Corrections' employee, the circumstances of the alleged comments, and the names of any witnesses.

ANSWER:


2

5.    How was the above-described conduct made known to the defendant?  For each such entry, state the date of any conversation or written notification (specifying whether the notification was in writing or oral), who were parties to any such communication, what was stated, and where the conversations occurred, or the location where the communication was directed.

ANSWER:

6.    State all responses of each person to whom you communicated the alleged offensive conduct.  (For this response, be specific and identify the names of persons who communicated with you, whether the communication was written or oral, where the communication was made, when the communication occurred, any conversations that preceded or succeeded the response (and all parties to these conversations and communications), and describe the response.)

ANSWER:

7.    State with particularity all conversations and written communications plaintiff had with employees at the Illinois Department of Corrections related to the allegations in Plaintiff's Complaint.  For each such entry, state with whom plaintiff communicated, the date of the communication, the contents of the communication, and (if oral) where the conversation occurred.

ANSWER:

3

8.     Please identify fully, including name, address, job title, supervisor, and job duties of the females you refer to in Paragraph 6 of your Complaint.

ANSWER:

9.     Please state fully the facts on which you base your allegations that you were discriminated against based upon your sex, include the following information:  the specific date and time of each action you deem to be discriminated against, the individual(s) performing the action you deem discrimination retaliatory; and the identity of any witnesses to these discriminatory acts.

ANSWER:

10.     Please describe in detail the manner and method by which you, or someone on your behalf, notified the Defendant of the alleged acts that you claim are discriminatory, specifying the date, manner and person notified for each instance of notification and the form of redress you sought.

ANSWER:

11.     Please state whether you have made any prior complaints, either formally or informally, of sex discrimination.  If you respond affirmatively, for each complaint please provide the following information: the identity of the individual or entity that was the subject of the complaint; the date of each complaint; the names and titles of the persons with whom the complaint was lodged; and the outcome of each complaint.

ANSWER:

4

13.    State all information regarding your assertion in Paragraph 9 of your Complaint that Dwight Correctional Facility has a practice in which female employees receive less severe forms of discipline than make employees for similar types of misconduct, including names of the employees, the rank of the employees, the supervisors of the employees at the time of the alleged misconduct, and the specifics of the misconduct, and dates of the conduct.

ANSWER:

14.    Were you afflicted with, or suffering from, any medical and/or mental conditions before, during or after the alleged occurrences. If your answer is in the affirmative, please state as to each condition: a full and complete description of the condition; the duration of time, in months and days, that you suffered from such condition; any treatment received for the condition; the names and addresses of any doctors or hospitals that participated in the treatment; the dates of any treatment.

ANSWER:

15.    List your educational history. For each entry, state the name, address, and telephone number of the educational facility and all degrees received and the dates you received said degrees.

ANSWER:

16.    List your employment history for the last twenty years, up to and including your current employment. For each entry, give the dates of employment, starting and

5

ending salary, job title, job duties.  For any lapse of employment greater than two weeks, state the reason for not being employed.

ANSWER:


17.    State all efforts you made to gain employment after you received notice of your suspension suspending discharge, including but not limited to, the dates you filled out employment applications or sent letters of interests and resumes for employment, the name and addresses of all employers you sought employment with, and the names of all individuals you wrote to or spoke with or interviewed with.

ANSWER:


18.    List all starting and ending dates that you have collected worker's compensation, unemployment, social security, retirement, or disability benefits.  For each entry, state from whom you collected, how much you collected, and under what circumstances you collected these benefits, including a description of any injuries, the duration of any limitations and whether any of your injuries are permanent or whether you received an award for partial or full disability.

ANSWER:


19.    State the names and addresses of all persons, including experts, having knowledge of the facts, circumstances, or other matters alleged in the complaint and a list (or copy) of all unprivileged documents or written or oral communications that were given to such persons.

6

ANSWER:


20.    State the names, addresses, and telephone numbers of all persons, including experts, having knowledge of all injuries and damages allegedly caused or aggravated by the occurrence alleged in the complaint.

ANSWER:


21.    Please give an account, itemized as fully and as carefully as you can, of all losses and expenses which you claim are incurred by you, or on your behalf, as a result of the alleged violation, including but not limiting your answer to those losses or expenses which are attributable to loss of wages and benefits, emotional injuries, legal expenses and court costs and include the manner in which you arrived at your figure for compensatory damages.

ANSWER:


Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS

Defendant,

LISA MADIGAN, Attorney General, State of Illinois

Stephanie L. Shallenberger #6279773
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-9014
Of Counsel

Attorney for Defendant.
    s/Stephanie Shallenberger

By
    STEPHANIE L. SHALLENBERGER
    Assistant Attorney General

7

## CERTIFICATE OF SERVICE

Stephanie L. Shallenberger, Assistant Attorney General, hereby certifies that she

has served a copy of the foregoing First Set of Interrogatories to Plaintiff upon:

James Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

by causing a copy to be placed in the United States Mail in Springfield, Illinois, bearing the

address above and proper postage, on April 3, 2006.

s/Stephanie Shallenberger

Stephanie L. Shallenberger
Assistant Attorney General

Stephanie L. Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
(217)782-9014





## OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

May 26, 2006

Mr. James Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62301

Re:    *AlanTimm v. Illinois Department of Corrections*
       USDC CD-IL No. 05-1276

Dear Mr. Baker:

As you know, I was assigned this case after Ms. Shallenberger took a different job. It appears, based upon my review, that she served the Plaintiff with Interrogatories and Requests for Production on or about April 3, 2006. It also appears that the Plaintiff has never responded. Please let me know, if I am mistaken.

Otherwise, please respond to those discovery requests within two weeks, i.e., by September 1, 2006. Thank you for your cooperation. Please feel free to call me, if you have any questions.

Sincerely
s/David Walter

David M. Walter
Assistant Attorney General

DMW/tf



EXHIBIT

3

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806



LAW OFFICES
# BAKER, BAKER & KRAJEWSKI, LLC

James P. Baker       **415 SOUTH SEVENTH  STREET**       Caren Mansfield, CLA
John A. Baker       **SPRINGFIELD, ILLINOIS  62701**       Paralegal
J. Phillip Krajewski

TELEPHONE (217) 522-3445
FACSIMILE (217) 522-8234

August 30, 2006

Mr. David M. Walter
Office of the Attorney General
500 South Second Street
Springfield, Illinois  62701

     Re:      *Alan Timm v. Illinois Department of Corrections;* pending before the United
          States District Court for the Central District of Illinois

Dear Mr. Walter:

     Thank you for your letter of August 26, 2006.  You are correct.  Mr. Timm has not yet submitted his discovery responses.  We have prepared and are reviewing with Mr. Timm responses to those discovery requests.  It is not likely that responses will be in your hands by September 1, 2006.  I received your recent letter on August 28, 2006 and feel that we should be in a position to have responses to you by September 15, 2006.  If this is not acceptable to you I suggest you give me a call so we can work out some reasonable accommodation.

     I apologize for our delay in responding to these request.

     I look forward to meeting you.

               Best Regards.
               s/James Baker


               James P. Baker

(Letters\TimmWalter.083006)

**EXHIBIT**

**4**





## OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

September 26, 2006

Mr. James Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62301

     Re:   *Alan Timm v. Illinois Department of Corrections*
            USDC CD-IL No. 05-1276

Dear Mr. Baker:

As you know from my previous letter, the Plaintiff's answers to the Defendants Interrogatories and Requests for Production are long overdue. In response to my earlier letter, you asked that I allow you additional time and I did so. This revised deadline has now also passed, but I still have not received the Plaintiff's answers. If the Plaintiff does not timely and properly respond to these discovery requests by Friday, September 29, 2006, then I shall have no choice but to file a motion to compel.

I would appreciate your cooperation, so that involvement of the Court may be avoided. Please feel free to call me, if you have any questions.

                          Sincerely,
                          s/David Walter

                          David M. Walter
                          Assistant Attorney General

DMW/tf



**EXHIBIT**
**5**