IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-1276 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING MOTION TO COMPEL

THIS CAUSE coming to be heard on Defendant Illinois Department of Corrections' Motion to Compel, the Court HEREBY GRANTS THE MOTION, finding as follows:

On or about April 3, 2006, Defendant served its First Request to Produce Documents and First Set of Interrogatories on the Plaintiff. Responses to these discovery requests were due on or about May 3, 2006. By failing to timely respond to these discovery requests, the Plaintiff has waived any objections to the Defendant's interrogatories and requests to produce. On or before October 13, 2006, the Plaintiff SHALL fully and properly respond to the Defendant's first set of interrogatories and first request to produce.

ENTERED: _____, 2006

_____
JUDGE