IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-1276 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time, to and including, April 30, 2007, in which to file dispositive motions. In support of its motion, defendant states as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of the defendant in this matter.

2. The dispositive motion deadline is April 15, 2007.

3. The undersigned has been unable to complete the motion for summary judgment due to other pressing matters which have required his attention.

4. This motion is made in good faith and is not made for the purpose of undue delay.

5. Plaintiff's counsel has no objection to the enlargement of time requested.

WHEREFORE, for the above and foregoing reasons, defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, respectfully requests this honorable Court grant its

motion for enlargement of time, to and including April 30, 2007, in which to file dispositive motions.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendant,

By: /s/ David M. Walter
    David M. Walter, #6244907
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217) 782-5819
    Facsimile: (217) 524-5091
    dwalter@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  05-1276 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I electronically filed the foregoing Motion for Enlargement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
carenbakerlaw@sbcglobal.net

and I hereby certify that on April 13, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

None


Respectfully submitted,

/s/ David M. Walter
David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
dwalter@atg.state.il.us