E-FILED
Monday, 30 April, 2007   01:40:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-1276 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by its attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 56 of the Federal Rules of Civil Procedure ("FRCP") and CDIL-LR 7.1 hereby respectfully moves this honorable Court to grant it summary judgment in this matter, stating as follows:

1.  Plaintiff filed a Complaint against the Illinois Department of Corrections (herein "Department") alleging that, because he is a male, the Plaintiff was discriminated against and fired, unlike similarly situated female employees, in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e *et seq.*).

2.  The Department is entitled to summary judgment with respect to the Plaintiff's claim, as a matter of law.

3.  As set forth more fully in Defendant's memorandum of law, the Plaintiff was the sergeant responsible for a cottage in which a female offender named Kimberly Davis-Bills resided.

4.  The Plaintiff was negligent in his supervisory responsibilities as a sergeant with respect to a medical incident involving Kimberly.

5.  Plaintiff claim fails, because the female employees he attempts to compare

himself to were not sergeants, had different responsibilities, and had a different supervisor than the Plaintiff. Indeed, the Plaintiff was the sergeant who supervised the female correctional officer to which Plaintiff attempts to compare himself, and the other female was a licensed practical nurse.

6.   Moreover, a male correctional officer involved in the incident actually received a less lengthy suspension than the female correctional officer who was involved.

7.   The Plaintiff simply cannot meet his burden of proof with respect to his claim that he was discriminated against with respect to this incident, because he was male.

8.   A memorandum of law is being filed simultaneously in support of this motion for summary judgment.

WHEREFORE, the Defendant Illinois Department of Corrections asks that the Court grant it summary judgment and such other relief as the Court deems equitable and just.

> Respectfully submitted,
>
> ILLINOIS DEPARTMENT OF CORRECTIONS
>
> Defendant,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>    Attorney for Defendant,
>
> By: /s/ David M. Walter
>    David M. Walter, #6244907
>    Assistant Attorney General
>    500 South Second Street
>    Springfield, IL 62706
>    Telephone: (217) 782-5819
>    Facsimile: (217) 524-5091
>    dwalter@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALAN TIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No.  05-1276 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2007, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
carenbakerlaw@sbcglobal.net

and I hereby certify that on April 30, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

None


Respectfully submitted,

/s/ David M. Walter
David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
dwalter@atg.state.il.us