IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALAN TIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 05-1276 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO SUBSTITUTE COUNSEL

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Substitute Counsel, states as follows:

1.  Assistant Attorney General David Walter has left the employ of the Office of the Illinois Attorney General.

2.  Assistant Attorney General Thomas H. Klein is now assigned to represent the Defendant in this matter.

3.  It is requested that Assistant Attorney General David Walter be removed as counsel for Defendant.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Court allow the substitution of Assistant Attorney General Thomas H. Klein

for former Assistant Attorney General David Walter, and that former Assistant Attorney General David Walter be removed as counsel for Defendant in this matter.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

    Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

    Attorney for Defendant,

Thomas H. Klein, #6271653
Assistant Attorney General
500 South Second Street     By:   s/ Thomas H. Klein
Springfield, Illinois 62706          THOMAS H. KLEIN
(217) 782-9014                 Assistant Attorney General

Of Counsel.

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 1, 2007, I electronically filed the foregoing Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker<br>
Baker, Baker & Krajewski, LLC<br>
415 South Seventh Street<br>
Springfield, IL 62701<br>
carenbakerlaw@sbcglobal.net

and I hereby certify that on May 1, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

                              None

                          Respectfully submitted,

                          s/ Thomas H. Klein
                          Thomas H. Klein, #6271653
                          Assistant Attorney General
                          500 South Second Street
                          Springfield, IL  62706
                          Telephone:  (217) 782-9014
                          Facsimile:  (217) 524-5091
                          tklein@atg.state.il.us