IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ALAN TIMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-1276 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AN EXTENSION OF TIME**

COMES NOW the Plaintiff, Alan Timm, and by this instrument requests an extension of time to and including June 7, 2007 to submit his response to the Defendant's motion for summary judgment. In support of this motion the Plaintiff, Alan Timm, states as follows:

1. That the response of the Plaintiff, Alan Timm, to the Defendant's motion for summary judgment is owing May 24, 2007.

2. That counsel for the Plaintiff has been unable to complete the response to the motion for summary judgment because of other professional commitments which include, but are not limited to, the following:  a) preparation for and participation in a public hearing before the Illinois Human Rights Commission on May 10-11, 2007 in the matter *Hayes v. Tate & Lyle*; b) preparation for and participation in deposition on May 14 and May 18, 2007 in the matter *Malcom v. Seipel et.al.* pending before the United States District Court for the Central District of Illinois; c) preparation of a reply brief owing to the Circuit Court of Adams County, Illinois on May 15, 2007 in the matter *Goehl v. City of Quincy* and participation

              in oral arguments on May 23, 2007 in Quincy, Illinois; d) preparation of a reply brief to the United States Court of Appeals in the matter *Dorsey v. Morgan Stanley* owing May 18, 2007; e) preparation of a response to summary judgment owing May 21, 2007 in the matter *Akande v. Grounds et.al.* pending before the United States District Court for the Southern District of Illinois; and f) other professional commitments, meetings and appointments which were previously scheduled.

3.     Additionally, counsel for the Plaintiff-Appellant has the following commitments: a) preparation for and participation in depositions in the matter *Kibort v. Snow* pending before the United States District Court for the Southern District of Illinois beginning on May 24, 2007, May 30-31, and June 1 - 7, 2007; and preparation of a response to summary judgment in the matter *Crossin v. City of Athens* pending before the United States District Court for the Central District of Illinois owing May 31, 2007.

4.     This request is not made to delay this proceeding but is due to the professional commitments of counsel for the Plaintiff.

5.     That counsel for the Defendant was not available when the office of counsel for the Plaintiff called to determine an objection, if any, to this request.

WHEREFORE, the Plaintiff, Alan Timm, for the foregoing reasons respectfully requests an extension of time to and including June 7, 2007 to submit his response to the Defendant's motion for summary judgment.

        ALAN TIMM

        By:   s/ James P. Baker
        Attorney for Plaintiff
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: carenbakerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Klein
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701

                                By: s/ James P. Baker
                                     James P. Baker
                                     Bar Number: 0097802
                                     Baker, Baker & Krajewski, LLC
                                     415 South Seventh Street
                                     Springfield, Illinois 62701
                                     Telephone: (217) 522-3445
                                     Facsimile: (217) 522-8234
                                     E-mail: carenbakerlaw@sbcglobal.net