IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALAN TIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 05-1276 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF FIVE PAGES

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion for Leave to File Reply in Excess of Five Pages, states as follows:

1.  In replying to Plaintiff's Response to Defendant's Motion for Summary Judgment, the page limit set by Local Rule 7.1(d) was exceeded.

2.  Counsel for Defendant requires an additional page to fully reply to Plaintiff's response.

3.  The argument section of Defendant's reply consists of 6 pages.

4.  The reply is complete, ready to be filed, and is attached hereto for the Court's consideration.

5.  The undersigned contacted Plaintiff's counsel, and he has no objection to the granting of this motion.

WHEREFORE, Defendant, Illinois Department of Corrections, respectfully requests that it be allowed to file a reply to Defendant's response to its Motion for Summary Judgment in excess of the page limit.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS,

            Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois,

            Attorney for Defendant,

Thomas H. Klein, #6271653
Assistant Attorney General
500 South Second Street        By:   s/ Thomas H. Klein
Springfield, Illinois 62706              THOMAS H. KLEIN
(217) 782-9014                        Assistant Attorney General

Of Counsel.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2007, I electronically filed the foregoing Motion for Leave to File Reply in Excess of Five Pages with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
carenbakerlaw@sbcglobal.net

and I hereby certify that on June 21, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

    None

Respectfully submitted,

 s/ Thomas H. Klein
Thomas H. Klein, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
tklein@atg.state.il.us