STATE OF ILLINOIS    )        Timm v. IDOC
                     )  ss.   Case No. 05-1276
COUNTY OF LIVINGSTON )

## AFFIDAVIT OF TED CONKLING

I, TED CONKLING, being first duly sworn upon oath, depose and state that I am competent to testify and, if called to testify, would state as follows:

1. From October 1999 to May 2004, I was employed by the Illinois Department of Corrections as the Assistant Warden of Programs at Dwight Correctional Center.

2. I was terminated from my employment with the Illinois Department of Corrections in May 2004. I was rehired by the Illinois Department of Corrections in July 2005.

3. To the best of my recollection, my conversation with Alan Timm at the Bradley Mall took place in the summer of 2004, during the 13 month period that I was not employed by the Illinois Department of Corrections.

4. At no time did I ever say that Alan Timm was discharged because of his gender.

5. Sgt. Alan Timm's gender played no role in my decision to recommend his termination. I also recommended that female Correctional Officer Barbara Hoffmeyer be discharged. I have no first hand knowledge of the reason or reasons that Barbara Hoffmeyer was not discharged.

FURTHER AFFIANT SAYETH NOT.

s/Ted Conkling

_____
TED CONKLING

Subscribed and sworn to before me this _____ day of June, 2007.

s/Lisa D. Weitekamp
Notary Public

OFFICIAL SEAL
LISA D. WEITEKAMP
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2009

EXHIBIT
A

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
LIVINGSTON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,
    Plaintiff,

vs.

No. 04-CF-171

DONALD JOHNSON,    Defendant.
1403 Cherokee Lane
Ottawa, IL 61350
Date of birth: 09/01/1958



INDICTMENT
( 4 Counts )

THE GRAND JURY of Livingston County, Illinois, charges that:

### Count 1

On or about Saturday, March 29, 2003, in Livingston County, Illinois, defendant

DONALD JOHNSON

committed the offense of

AGGRAVATED BATTERY,

in that said defendant, in committing a battery in violation of 720 ILCS 5/12-3(a)(2) knowingly made contact of an insulting nature with female Correctional Officer H.M.J., by knowingly touching through clothing the breast of Correctional Officer H.M.J., knowing Correctional Officer H.M.J. to be a correctional institution employee engaged in the execution of her official duties, in violation of 720 Illinois Compiled Statutes 5/12-4(b)(6), a Class 3 felony.

### Count 2

On or about Saturday, March 29, 2003, in Livingston County, Illinois, defendant

DONALD JOHNSON

committed the offense of

CRIMINAL SEXUAL ABUSE,

in that said defendant committed an act of sexual conduct upon female adult person H.M.J., in that said defendant intentionally, by the use of force, and for the purpose of his sexual gratification touched through clothing the breast of H.M.J., in violation of 720 Illinois Compiled Statutes 5/12-15(a)(1), a Class 4 felony.

- Page 1 -

EXHIBIT B

### Count 3

On or about **Thursday, June 26, 2003**, in Livingston County, Illinois, defendant

**DONALD JOHNSON**

committed the offense of

**CUSTODIAL SEXUAL MISCONDUCT,**

in that said defendant, an employee of a penal system, the Illinois Department of Corrections, at the Dwight Correctional Center, Livingston County, Illinois, knowingly engaged in an act of sexual conduct with L.P., a female person who was at that time in the custody of the Illinois Department of Corrections, at the Dwight Correctional Center, in that said defendant knowingly and for the purpose of his sexual arousal rubbed, through clothing, his penis against the buttocks of L.P., in violation of Chapter 720 Illinois Compiled Statutes 5/11-9.2(a), a Class 3 felony.

### Count 4

On or about **Thursday, June 26, 2003**, in Livingston County, Illinois, defendant

**DONALD JOHNSON**

committed the offense of

**BATTERY,**

in that said defendant, knowingly without legal justification made physical contact of an insulting nature with L.P., a female person, in that said defendant knowingly, through clothing, rubbed his penis against the buttocks of L.P., in violation of 720 Illinois Compiled Statutes 5/12-3(a)(2), a Class A misdemeanor.

Witness:  
Special Agent Eugene Tennial

A TRUE BILL  
Counts 1, 2, 3 and 4:

s/Robert E. Taylor

Foreman of the Grand Jury

Dated: August 10, 2004.

*Thomas J. Brown, Livingston County State's Attorney*  
*Carey J. Luckman, First Assistant State's Attorney*  
Livingston County Courthouse, Suite 107  
112 West Madison Street  
Pontiac, IL 61764  
(815) 844-5169

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**1. PRINTED:** 09/27/04     **SOC. SEC. NO.:** [redacted]

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| JOHNSON | DONALD | M | M | W | N | 3 | 09-01-58 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 1403 CHEROKEE LN | OTTAWA | 050 | IL | 61350 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF-CONF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 00 | 04 | 4322.00 | M | F | 00 | 29 | 160 | | CU500 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ NO | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 05-13-96 | 05-16-00 | 05-01-04 | NO DATE | A | NO DATE | | 000 |

### POSITION INFORMATION

| POSITION TITLE(NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| CORRECTIONAL LIEUTENANT | 09673-29-84-310-11-01 | 0 | 053 | | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|
| 1 | SUSP PEND JUD VERDICT | BA086 | 09-20-04 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
- A - CERTIFIED
- B - PROB. 3 MOS
- C - PROB. 6 MOS
- D - PROVISIONAL
- F - EXEMPT
- G - TEMPORARY
- H - EMERGENCY
- J - TRAINEE
- K - TRAINEE
- L - TRAINEE

**EXEMPT**
- 0 - NOT EXEMPT
- 1 - PRIVATE SECRETARY
- 2 - ADMIN. HEAD
- 3 - POLICY MAKER
- 4 - UNSKILLED
- 5 - LIC. ATTORNEY
- 6 - OUT OF STATE
- 7 - MARTIAL EXTENTION

**RACE**
- A - AMERICAN INDIAN
- B - BLACK
- O - ORIENTAL
- S - SPANISH AMERICAN
- W - CAUCASIAN
- X - OTHER

**EDUCATION**
- 1 - GRADE SCHOOL
- 2 - SOME HIGH SCH
- 3 - H S GRAD/GED
- 4 - SOME COLLEGE
- 5 - BA/BS
- 6 - MA/MS
- 7 - PHD/MD
- 8 - OTHER DEGREE

### REMARKS

**EXHIBIT C**

| EMPLOYEES SIGNATURE(REQ ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC BY MAIL ☐ IN PERSON ☐ | DATE | AGENCY BUDGETARY(OPTIONAL) | DATE |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**PRINTED** | **SOC. SEC. NO.**

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| JOHNSON | DONALD | M | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CU500 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT REQ.NU | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 7/7/98 | 11/10/97 | 7/1/02 | | | | | |

### POSITION INFORMATION

| POSITION TITLE/NAME | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| | | | | | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 1 | Suspension Return | BA085 | 11/23/05 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
A - CERTIFIED
B - PROB. 3 MOS
C - PROB. 6 MOS
D - PROVISIONAL
F - EXEMPT
G - TEMPORARY
H - EMERGENCY
J - TRAINEE
K - TRAINEE
L - TRAINEE

**EXEMPT**
0 - NOT EXEMPT
1 - PRIVATE SECRETARY
2 - ADMIN. HEAD
3 - POLICY MAKER
4 - UNSKILLED
5 - LIC. ATTORNEY
6 - OUT OF STATE
A - PARTIAL EXEMPTION

**RACE**
A - AMERICAN INDIAN
B - BLACK
O - ORIENTAL
S - SPANISH AMERICAN
W - CAUCASIAN
X - OTHER

**EDUCATION**
1 - GRADE SCHOOL
2 - SOME HIGH SCH.
3 - H S GRAD/GED
4 - SOME COLLEGE
5 - BA/BS
6 - MA/MS
7 - PHD/MD
8 - OTHER DEGREE

### REMARKS

kdh

**EXHIBIT D**

| EMPLOYEES SIGNATURE(REQ ON VOL ACTION) | DATE | AGENCY APPROVAL(OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC BY MAIL ☐ IN PERSON ☐ | DATE | AGENCY BUDGETARY(OPTIONAL) s/Mary Sigler      Warden | DATE |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |