1:05-cv-01276-MMM-JAG    # 22    Page 1 of 1                    **E-FILED**
AO 450 (Rev. 5/85) Judgment in a Civil Case          Thursday, 11 October, 2007  02:21:28 PM
                                                     Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE



**Alan Timm**

vs.

**The Illinois Department of Corrections**

Case Number: **05-1276**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant and against the Plaintiff, plus costs of suit.

ENTER this 11th day of October, 2007

JOHN M. WATERS, CLERK

s/R. Knox
BY: DEPUTY CLERK

05-1276