AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

ALAN TIMM

V.

ILLINOIS DEPARTMENT OF CORRECTIONS

## BILL OF COSTS

Case Number: 05-1276

Judgment having been entered in the above entitled action on October 11, 2007 against Alan Timm, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $414.00 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$414.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
James P. Baker, Baker, Baker & Krajewski, LLC, 415 South Seventh Street, Springfield, Illinois 62701

Signature of Attorney: s/Thomas H. Klein

Name of Attorney: Thomas H. Klein

For: Illinois Department of Corrections    Date: 10/24/07
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____ _____
Clerk of Court    Deputy Clerk    Date

# ASSOCIATED COURT REPORTERS
P.O. BOX 684
TAYLORVILLE, ILLINOIS 62568
1-800-252-9915 * 217-824-5717
FAX: 217-287-1166

**STATEMENT DATE:** 2/25/06
**INVOICE #: W2717**

**TO:**
Mr. David Walter
Attorney at Law
Office of the Attorney General
500 South Second Street
Springfield, IL  62701

**RE: Timm vs. Illinois Department of Corrections**
   **No. 05-1276**

| DATE TAKEN | CHARGES |
|---|---|
| February 12, 2007 | |
| Appearance Fee | $ 120.00 |
| Deposition of Alan Timm | |
| 109 pages (original) | $ 294.00 |
| **TOTAL AMOUNT DUE:** | $ 414.00 |

Thank you!
Employer I.D. No. 20-4802658

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Alan Timm v. Illinois Department of Corrections* |
| | ) ss. | USDC-CDIL 05-1276 |
| COUNTY OF SANGAMON | ) | |

## AFFIDAVIT

I, Thomas H. Klein, having first been duly sworn upon oath, do hereby depose and state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. I was the Assistant Attorney General assigned to represent Defendant Illinois Department of Corrections in the case entitled *Alan Timm v. Illinois Department of Corrections*, USDC-CDIL Case No. 05-1276.

3. The deposition transcript was used in preparing for this cause, and was necessary to address the issues that were pending at the time the deposition was taken.

4. The aforementioned costs were necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

5. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

s/Thomas H. Klein
_____
Thomas H. Klein

Subscribed and sworn to before me
this 24th day of October, 2007.

s/Lisa D. Weitekamp
_____
Notary Public

OFFICIAL SEAL
LISA D. WEITEKAMP
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2009

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing Bill of Costs with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
carenbakerlaw@sbcglobal.net

and I hereby certify that on October 24, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully submitted,

s/ Thomas H. Klein
Thomas H. Klein, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9014
Facsimile: (217) 524-5091
tklein@atg.state.il.us