E-FILED
Tuesday, 06 November, 2007 01:10:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALAN TIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 05-1276 |
| | ) |
| THE ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the Plaintiff, Alan Timm, appeals to the United States

Court of Appeals for the Seventh Circuit from an order entered on October 11, 2007 granting the

Defendant's Motion for Summary Judgment which resulted in a judgment dated October 11, 2007

in favor of the Defendant and against the Plaintiff.

ALAN TIMM, Plaintiff


BY:  s/ James P. Baker
His Attorney

James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445
(217) 522-8234 fax
E-Mail: carenbakerlaw@sbcglobal.net

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Klein
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701

                    s/ James P. Baker
                                James P. Baker
                                Bar Number: 0097802
                                Baker, Baker & Krajewski LLC
                                415 South Seventh Street
                                Springfield, Illinois 62701
                                (217) 522-3445
                                E-Mail:carenbakerlaw@sbcglobal.net