# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                    Docket No.: 05-1276

Division: Peoria

### *Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)*

Alan Timm                                   v.        IL DOC

---

**Current Counsel for Plaintiff (Petitioner):**         **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: James Baker                                   Name: Thomas Klein

Firm: Baker Baker & Krajewski                        Firm: IL Atty General

Address: 415 S. 7th St.                              Address: 500 S. 2nd St.

Springfield, IL. 61701                               Springfield, IL. 62706

Phone: 217-522-3445                                  Phone: 217-782-5474

---

Judge: Michael Mihm                                  Nature of Suit Code:   442

Court Reporter: K. Hanna                             Date Filed in District Court:  9/21/05

                                                     Date of Judgment: 10/11/07

                                                     Date of Notice of Appeal: 11/6/7

Counsel:  ___Appointed      _X__Retained   ___Pro Se

Fee Status:   __X_Paid     ___Due      ___IFP      ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes      X___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**