# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED
## JUDGMENT IN A CIVIL CASE

**Alan Timm**

vs.

**The Illinois Department of Corrections**

Case Number: **05-1276**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant and against the Plaintiff, plus costs in sum of $414.00.

ENTER this 7th day of November, 2007

JOHN M. WATERS, CLERK

s/H. Kallister
BY: DEPUTY CLERK

05-1276.wpd