E-FILED
Wednesday, 21 November, 2007 05:39:00 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** — Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the costs of the transcripts" must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Timm v. Department of Corrections | Central | 05-1276 |
| | District Judge Michael M. Mihm | Court Reporter none |

☐ I am ordering transcript.

☒ I am not ordering transcript, because: none taken

☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s)

☐ Pre-trial proceedings. *Specify:* _____ _____

☐ Voir Dire _____

Trial or hearing. *Specify:* _____

☐ Opening statement _____

☐ Instruction conference _____

☐ Closing statements _____

☐ Court instructions _____

☐ Post-trial proceedings. *Specify:* _____ _____

☐ Sentencing _____

☐ Other proceedings. *Specify:* _____ _____

Method of Payment: ☐ Cash    ☐ Check or Money Order    ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment    ☐ Partial Payment    ☐ No Payment Yet

Signature: _____    Telephone No. 217-522-3445

Address: 415 South Seventh Street
Springfield, Il 62701    Date: 11/21/2007

**PART II** — Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____ Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

WHITE - COURT REPORTER; YELLOW - COURT REPORTER, THEN SENT TO U.S.C.A. CLERK; BLUE - SERVICE COPY (repro-

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Office of the Attorney General
Thomas Klein
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445
E-Mail:carenbakerlaw@sbcglobal.net