E-FILED
Tuesday, 26 August, 2008 01:44:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALAN TIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 05-1276 |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## STATE DEFENDANT-APPELLEE'S MOTION
## FOR LEAVE TO WITHDRAW RECORD ON APPEAL

NOW COMES State Defendant-Appellee, ILLINOIS DEPARTMENT OF CORRECTIONS, by its attorney, LISA MADIGAN, Attorney General of Illinois, and hereby moves for leave to withdraw the record on appeal in this case to prepare its responsive brief on appeal (No. 07-3697). The record on appeal should be sent to Assistant Attorney General Evan Siegel at 100 W. Randolph Street, Chicago, Illinois, 60601. Assistant Attorney General Siegal shall be responsible for returning the record on appeal to the district court.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By:  s/ Thomas H. Klein
THOMAS H. KLEIN
Assistant Attorney General

Thomas H. Klein, #6271653
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9056

Of Counsel.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2008, I electronically filed the foregoing Motion for Leave to Withdraw the Record on Appeal, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
carenbakerlaw@sbcglobal.net


Evan Siegel
Assistant Attorney General
100 W. Randolph Street
Chicago, IL 60601
esiegel@atg.state.il.us


    Respectfully submitted,

    s/ Thomas H. Klein
Thomas H. Klein, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9056
Facsimile: (217) 524-5091
tklein@atg.state.il.us