

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Pamela E. Robinson
Clerk of Court

TEL: 309.671.7117
FAX: 309.671.7120

### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 28, 2008

Evan Siegel
AssistantAttorney General
100 W. Randolph St.
Chicago, IL 60601

Re: Timm v. Illinois Dept of Corrections 05-1276

Dear Mr. Siegel:

Enclosed please find the Appeal Record for the above captioned case consisting of:

      __1__ volume of pleadings
      _____ volumes of transcripts
      _____ volumes of depositions
      _____ loose pleadings
      _____ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/ Pamela E. Robinson

Enc/sm

This is to acknowledge receipt of the appeal Record on _____.

_____.